**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF ALABAMA**
**SOUTHERN DIVISION**

| | |
|---|---|
| **EVYLYN B. COBB** | ) |
| Plaintiff, | ) |
| v. | ) CIVIL ACTION NO. 09-0516-CG-C |
| **SPRINGHILL SENIOR RESIDENCE NURSING HOME,** | ) |
| Defendant. | ) |

## JUDGMENT

In accordance with the court's order entered this date, granting defendant's motion for summary judgment, it is hereby **ORDERED, ADJUDGED, and DECREED** that this case is **DISMISSED with prejudice.**

**DONE and ORDERED** this 1st day of June, 2010.

/s/ Callie V. S. Granade
UNITED STATES DISTRICT JUDGE